# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES ELBERT DUBOSE,         ]  |   |
| ] | |
| Petitioner,         ] | |
| ] | |
| v.         ] | CIVIL ACTION NO. 09-RRA-2587-S |
| ] | |
| WARDEN PATTERSON and         ] | |
| THE ATTORNEY GENERAL FOR THE         ] | |
| STATE OF ALABAMA,         ] | |
| ] | |
| Respondents.         ] | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED without prejudice**. Costs are taxed to the petitioner.

Done this 11th day of February, 2010.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**